**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| VINCENZO DINATALE AND DENISE DINATALE | : | |
| Plaintiffs | : | |
| vs. | : | Civil Action No.: |
| LIBERTY MUTUAL INSURANCE COMPANY | : | |
| Defendant | : | November 18, 2026 |

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, the defendant, **Liberty Mutual Insurance Company,** hereby gives notice of the removal of the above-captioned action from the Superior Court of Connecticut, J.D. of New Haven, at New Haven, which is the judicial district in which said action is pending, to this Court. The grounds for removal are as follows:

1. On or about September 2, 2026, the plaintiffs, Vincenzo Dinatale and Denise Dinatale, commenced a civil action against the defendant, in the Superior Court of Connecticut, J.D. of New Haven at New Haven, captioned Vincenzo Dinatale, Et Al



Conway Stoughton LLC • Attorneys at Law
641 Farmington Avenue, Hartford, CT 06105
(860) 523-8000 • Fax (860) 523-8002• JURIS NO. 421209

v. Liberty Mutual Insurance Company, docket number NNH-CV26-6174069-S (the "Superior Court Action").

2. The plaintiffs allege in the Complaint for the Superior Court Action that on or about August 26, 2024, the plaintiffs were owners and residents of property located at 8 Taylor Lane, Wallingford, CT 06492. On said date, the property suffered a loss by way of a hail event. The plaintiffs claim the loss was caused by an event covered under the insurance policy provided to them by Liberty Mutual Insurance Company, however, they further allege Liberty Mutual Insurance Company has failed to pay and/or indemnify them fully for the loss. The plaintiffs do not specify in the complaint the total amount of damages claimed other than them being in excess of $15,000.

3. On or about November 2, 2026, plaintiffs presented documentation, by way of a property repair estimate, of their claim for damages in excess of $100,000.

4. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1332(a) because complete diversity exists between the plaintiffs and the defendant, and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.



Conway Stoughton LLC • Attorneys at Law
641 Farmington Avenue, Hartford, CT 06105
(860) 523-8000 • Fax (860) 523-8002• JURIS NO. 421209

5. There is complete diversity of citizenship between the plaintiffs and the defendant. The plaintiffs are individuals who are citizens of the State of Connecticut. The defendant is a business with a principal place of business in Massachusetts.

6. The defendant was served with this suit on August 28, 2026.

7. As such, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b)(1).

8. In light of the facts that the plaintiffs plead in the Complaint, including a claim of failure to indemnify the plaintiffs for a hail loss, the amount in controversy in this matter exceeds the sum or value of $75,000, exclusive of interest and costs.

9. This Court would have had original subject matter jurisdiction of this action under the provisions of 28 U.S.C. § 1332 if the Superior Court Action had originally been brought in Federal court. Removal is, therefore, proper under 28 U.S.C. § 1441(a).

10. Removal of this case on the basis of diversity citizenship is not precluded by 28 U.S.C § 1441(b)(2) because none of the parties in interest have joined and served as a defendant are citizens of the State of Connecticut, which is the state in which the Superior Court Action was brought.



Conway Stoughton LLC • Attorneys at Law
641 Farmington Avenue, Hartford, CT 06105
(860) 523-8000 • Fax (860) 523-8002• JURIS NO. 421209

11. All papers served on the defendant in the Superior Court Action at the time of removal, consisting of the summons and complaint, are attached hereto as **Exhibit A**.

12. Written notice of the filing of this Notice has been given to all parties as required by law. **See Exhibit B.**

13. Pursuant to 28 USC §1446(d), the defendant has notified the Superior Court of the State of Connecticut of the filing of this petition.

For the reasons set forth above, the defendant hereby removes this action from the Superior Court of Connecticut, J.D. of New Haven at New Haven, to this Court.

THE DEFENDANT,

By: /s/ Heather J. Adams, ct24091
Heather J. Adams, ct24091
641 Farmington Avenue
Hartford, CT 06105
Phone: (860) 523-8000
Fax: (860) 523-8002
E-Mail: hadams@conwaystoughton.com

**CERTIFICATION**

I hereby certify that on November 18, 2026, a copy of the foregoing Notice of Federal Removal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Heather J. Adams, ct24091
Heather J. Adams, ct24091



Conway Stoughton LLC • Attorneys at Law
641 Farmington Avenue, Hartford, CT 06105
(860) 523-8000 • Fax (860) 523-8002• JURIS NO. 421209

# EXHIBIT A



Conway Stoughton LLC • Attorneys at Law
641 Farmington Avenue, Hartford, CT 06105
(860) 523-8000 • Fax (860) 523-8002• JURIS NO. 421209

**SUMMONS - CIVIL**
JD-CV-1 Rev. 2-25
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

**Instructions are on page 2.**

**For information on ADA accommodations, contact the Centralized ADA Office at 860-706-5310 or go to: www.jud.ct.gov/ADA/**

STATE OF CONNECTICUT
JUDICIAL BRANCH
**SUPERIOR COURT**
*www.jud.ct.gov*

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | **Return Date** *(Must be a Tuesday)* |
|---|---|---|
| 235 CHURCH STREET, NEW HAVEN, CT 06510 | ( 203 ) 503 – 6800 | 10-13-26 |

| | At *(City/Town)* | Case type code *(See list on page 2)* |
|---|---|---|
| ☒ Judicial District ☐ Housing Session ☐ G.A. Number: ___ | NEW HAVEN | Major: C Minor: 90 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| PETERSON LAW GROUP, LLC, 250 STATE STREET, NORTH HAVEN, CT 06473 | 437538 |

| Telephone number | Signature of plaintiff *(if self-represented)* |
|---|---|
| ( 203 ) 248 – 8700 | Maryanne Bowman |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case. Any attorney who is not exempt from e-filing is required to accept electronic delivery. (Practice Book Section 10-13) ☒ Yes ☐ No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book: MARYANNE@PETERSONLAWCT.COM

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| First plaintiff | Name: Vincenzo Dinatale<br>Address: 8 Taylor Lane, Wallingford, CT 06492 | P-01 |
| Additional plaintiff | Name: Denise Dinatale<br>Address: 8 Taylor Lane, Wallingford, CT 06492 | P-02 |
| First defendant | Name: Liberty Mutual Insurance Company, P.O. box 5014 Scranton, PA 18505-5014<br>Address: c/o Agent for Service: CT Insurance Commissioner, 153 Market St. Hartford, CT 06013 | D-01 |
| Additional defendant | Name:<br>Address: | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 2 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

## Notice to each defendant

1. **You are being sued**. This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.

**The court staff is not allowed to give advice on legal matters.**

| Date | Signed *(Sign and select proper box)* | | Name of person signing |
|---|---|---|---|
| 8-25-26 | [signature] | ☒ Commissioner of Superior Court<br>☐ ____________ Clerk | Maryanne Bowman |

If this summons is signed by a Clerk:

a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

*For Court Use Only*
File Date

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|
| | Maryanne Bowman | 8-25-26 | |

**Instructions**

1. *Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.*
2. *If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.*
3. *Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.*
4. *After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.*
5. *Use this summons for the case type codes shown below.*

   *Do not use this summons for the following actions:*

   *(a) Family matters (for example divorce, child support, custody, parentage, and visitation matters)*

   *(b) Any actions or proceedings in which an attachment, garnishment or replevy is sought*

   *(c) Applications for change of name*

   *(d) Probate appeals*

   *(e) Administrative appeals*

   *(f) Proceedings pertaining to arbitration*

   *(g) Summary Process (Eviction) actions*

   *(h) Entry and Detainer proceedings*

   *(i) Housing Code Enforcement actions*

**Case Type Codes**

| MAJOR DESCRIPTION | CODE | MINOR DESCRIPTION |
|---|---|---|
| **Contracts** | C 00 | Construction - All other |
| | C 10 | Construction - State and Local |
| | C 20 | Insurance Policy |
| | C 30 | Specific Performance |
| | C 40 | Collections |
| | C 50 | Uninsured/Underinsured Motorist Coverage |
| | C 60 | Uniform Limited Liability Company Act - C.G.S. 34-243 |
| | C 90 | All other |
| **Eminent Domain** | E 00 | State Highway Condemnation |
| | E 10 | Redevelopment Condemnation |
| | E 20 | Other State or Municipal Agencies |
| | E 30 | Public Utilities & Gas Transmission Companies |
| | E 90 | All other |
| **Housing** | H 00 | Housing - Summary Process |
| | H 03 | Housing - Deceased Tenants - Summary Process |
| | H 10 | Housing - Return of Security Deposit |
| | H 12 | Housing - Rent and/or Damages |
| | H 20 | Housing - Housing Code Enforcement |
| | H 30 | Housing - Entry and Detainer |
| | H 40 | Housing - Audita Querela/Injunction |
| | H 50 | Housing - Administrative Appeal |
| | H 60 | Housing - Municipal Enforcement |
| | H 70 | Housing - Bed Bug Infestation |
| | H 87 | Housing - Denied Fee Waiver Appeal |
| | H 90 | Housing - All Other |
| **Miscellaneous** | M 00 | Injunction |
| | M 10 | Receivership |
| | M 15 | Receivership for Abandoned/Blighted Property |
| | M 20 | Mandamus |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
| | M 40 | Arbitration |
| | M 50 | Declaratory Judgment |
| | M 63 | Bar Discipline |
| | M 66 | Department of Labor Unemployment Compensation Enforcement |
| | M 68 | Bar Discipline - Inactive Status |
| | M 70 | Municipal Ordinance and Regulation Enforcement |
| | M 75 | Foreign Subpoena - C.G.S. 52-657 |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |
| | M 83 | Small Claims Transfer to Regular Docket |
| | M 84 | Foreign Protective Order |
| | M 85 | Civil Protection Order |
| | M 87 | Denied Fee Waiver Appeal |
| | M 88 | Application for Pro Hac Vice for State or Municipal Agency/ Board |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 |
| | M 90 | All other |

| MAJOR DESCRIPTION | CODE | MINOR DESCRIPTION |
|---|---|---|
| **Property** | P 00 | Foreclosure |
| | P 10 | Partition |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | P 30 | Asset Forfeiture |
| | P 70 | Dissolution of Lien Upon Substitution of Bond |
| | P 90 | All other |
| **Torts** *(Other than Vehicular)* | T 02 | Defective Premises - Private - Snow or Ice |
| | T 03 | Defective Premises - Private - Other |
| | T 11 | Defective Premises - Public - Snow or Ice |
| | T 12 | Defective Premises - Public - Other |
| | T 20 | Products Liability - Other than Vehicular |
| | T 28 | Malpractice - Medical |
| | T 29 | Malpractice - Legal |
| | T 30 | Malpractice - All other |
| | T 40 | Assault and Battery |
| | T 50 | Defamation |
| | T 61 | Animals - Dog |
| | T 69 | Animals - Other |
| | T 70 | False Arrest |
| | T 71 | Fire Damage |
| | T 90 | All other |
| **Vehicular Torts** | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | V 05 | Motor Vehicles* - Property Damage only |
| | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | V 09 | Motor Vehicle* - All other |
| | V 10 | Boats |
| | V 20 | Airplanes |
| | V 30 | Railroads |
| | V 40 | Snowmobiles |
| | V 90 | All other<br>*Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| **Wills, Estates and Trusts** | W 00 | Probate Appeals |
| | W 10 | Construction of Wills and Trusts |
| | W 90 | All other |

RETURN DATE: OCTOBER 13, 2026

| | |
|---|---|
| VINCENZO DINATALE & DENISE DINATALE<br><br>Plaintiffs,<br><br>- against -<br><br>LIBERTY MUTUAL INSURANCE COMPANY<br><br>Defendant | SUPERIOR COURT<br><br>J.D. OF NEW HAVEN<br>AT NEW HAVEN<br><br>AUGUST 26, 2026 |

**COMPLAINT**

Plaintiffs, Vincenzo Dinatale ("Mr. Dinatale") and Denise Dinatale ("Mrs. Dinatale") (together, the "Plaintiffs"), by and through their attorneys, Peterson Law Group LLC, submit this complaint against Defendant, LIBERTY MUTUAL INSURANCE COMPANY (hereinafter, "Defendant").

**COUNT I**
**(Breach of Contract)**

1. At all times relevant mentioned herein, the Plaintiffs were and remain the owners of property located at 8 Taylor Lane, Wallingford, Connecticut 06492 (hereinafter, the "Property").
2. Upon information and belief and at all times relevant mentioned herein, Defendant was and remains a Massachusetts insurance company authorized to do business within the State of Connecticut.

3. On August 26, 2024, the Property was insured under a homeowners insurance policy issued by Defendant, which carried policy number H3V21853153340 (hereinafter, the "Policy").
4. Defendant, along with its subsidiaries and affiliates, provide property, vehicle, business and specialty insurance.
5. Pursuant to the Policy, Defendant agreed to pay all sums which Plaintiffs, or its legal representatives, shall be legally entitled to recover as damages on account of a covered loss.
6. On or about August 26, 2024, while the Policy was in full force and effect, the Property suffered a covered loss by way of a hail event (the "Loss").
7. Plaintiffs provided Defendant with prompt notice of the Loss, and at all times relevant, complied with all terms and conditions of the Policy.
8. Defendant accepted the claim and assigned it claim number 058907660.
9. Despite due demand by Plaintiffs, Defendant has failed and refused to pay and/or indemnify Plaintiffs fully for the loss.
10. As a result of the preceding paragraphs, Defendant breached its contract with Plaintiffs and caused them to suffer damages.

WHEREFORE, Plaintiffs claim:

1. Compensatory damages
2. Such other relief as the Court may deem necessary, just and proper.

Dated: North Haven, Connecticut
August 26, 2026

**PLAINTIFFS,** VINCENZO DINATALE & DENISE DINATALE

By: */s/ Gregory S. Peterson*

Gregory S. Peterson
Maryanne Bowman
**PETERSON LAW GROUP LLC**
250 State Street, Unit A-2
North Haven, CT 06473
Telephone: 203.248.8700
Facsimile: 203.774.1155
Greg@petersonlawct.com

*Attorneys for Plaintiffs*

RETURN DATE: OCTOBER 13, 2026

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| VINCENZO DINATALE & DENISE DINATALE | SUPERIOR COURT |
| Plaintiffs, | J.D. OF NEW HAVEN<br>AT NEW HAVEN |
| - against - | |
| LIBERTY MUTUAL INSURANCE COMPANY | AUGUST 26, 2026 |
| Defendant | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**STATEMENT OF AMOUNT IN DEMAND**

The Plaintiff in the above-entitled matter claim\ money damages in an amount which isgreater than $15,000.00, exclusive of interest and costs.

Dated: North Haven, Connecticut
August 26, 2026

**PLAINTIFFS,** VINCENZO DINATALE & DENISE DINATALE

By: */s/ Gregory S. Peterson*

Gregory S. Peterson
Maryanne Bowman
**PETERSON LAW GROUP LLC**
250 State Street, Unit A-2
North Haven, CT 06473
Telephone: 203.248.8700
Facsimile: 203.774.1155
Greg@petersonlawct.com

*Attorneys for Plaintiffs*

# EXHIBIT B



Conway Stoughton LLC • Attorneys at Law
641 Farmington Avenue, Hartford, CT 06105
(860) 523-8000 • Fax (860) 523-8002• JURIS NO. 421209

| | | |
|---|---|---|
| DOCKET NO.: NNH-CV26-6174069-S | : | SUPERIOR COURT |
| VINCENZO DINATALE & DENISE DINATALE | : | J.D. OF NEW HAVEN |
| VS. | : | AT NEW HAVEN |
| LIBERTY MUTUAL INSURANCE COMPANY | : | NOVEMBER 18, 2026 |

**NOTICE TO STATE COURT OF REMOVAL OF ACTION**

In accordance with 28 U.S.C. § 1446(d), the defendant, Liberty Mutual Insurance Company hereby files this Notice of Removal with the Superior Court of Connecticut, for the Judicial District of New Haven at New Haven.

TO: Clerk of the Superior Court, J.D. of New Haven at New Haven.

You are hereby notified that the defendant filed with the Clerk of the United States District Court for the District of Connecticut a Notice of Removal of the above-captioned action from the Superior Court to the Federal District Court. A copy of said Notice of Removal is attached hereto as Exhibit A. By filing this notice, the defendant has effectuated a removal of this action to the United States District Court for the District of Connecticut.

Pursuant to 28 U.S.C. § 1446(d), the Superior Court is prohibited from proceeding further in the above-captioned action unless and until the action is remanded to this Court



Conway Stoughton LLC • Attorneys at Law
641 Farmington Avenue, Hartford, CT 06105
(860) 523-8000 • Fax (860) 523-8002• JURIS NO. 421209

THE DEFENDANT,

By: /s/ Heather J. Adams

Heather J. Adams
Conway Stoughton LLC
641 Farmington Avenue
Hartford, CT 06105
(860)523-8000 tel.
(860)523-8002 fax
Juris No. 421209

**CERTIFICATION**

I hereby certify that a copy of the above was or will immediately be mailed or delivered electronically or non-electronically on this 18th day of November, 2026 to all counsel and self-represented parties of records and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served.

Maryanne Bowman, Esq.
Peterson Law Group, LLC
250 State Street
North Haven, CT 06473
maryanne@petersonlawct.com

/s/ Heather J. Adams
Heather J. Adams